# United States Court of Appeals for the Fifth Circuit

———————

No. 25-11183
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
August 4, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

WILLIE RAY VALENTINE,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CR-476-1

———————————————————

Before WIENER, STEWART, and RICHMAN, *Circuit Judges*.

PER CURIAM:*

Defendant-Appellant Willie Ray Valentine was convicted of two counts of possession of a firearm by a convicted felon and was sentenced, pursuant to the Armed Career Criminal Act (ACCA), to serve 180 months in prison and five years on supervised release. His challenge to the classification of his prior Texas convictions for possession of cocaine with

———————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11183

intent to deliver as ACCA qualifying offenses fails under our jurisprudence. *See United States v. Clark*, 49 F.4th 889, 891 (5th Cir. 2022); *United States v. Vickers*, 540 F.3d 356, 366 (5th Cir. 2008). His constitutional challenge to the ACCA pursuant to *Erlinger v. United States*, 602 U.S. 821, 834-36 (2024), fails because examination of the record shows that any error was harmless due to his admission in connection with his plea that his three qualifying offenses occurred on separate occasions. *See United States v. Valencia*, 137 F.4th 331, 335 (5th Cir. 2025). The judgment of the district court is AFFIRMED.